IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GUADALUPE MONTOYA-CEDILLO, | : |
| | : Case No. 1:26-cv-142 |
| *Petitioner*, | : |
| | : |
| vs. | : |
| | : Judge Jeffery P. Hopkins |
| | : Magistrate Judge Caroline H. Gentry |
| ACTING DIRECTOR OF | : |
| ENFORCEMENT AND REMOVAL | : |
| OPERATIONS, DETROIT FIELD | : |
| OFFICE, IMMIGRATION AND | : |
| CUSTOMS ENFORCEMENT, *et al.*, | : |
| | : |
| *Respondents*. | |

## ORDER

Petitioner Guadalupe Montoya-Cedillo brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Montoya-Cedillo from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is further **DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

February 11, 2026

Jeffery P. Hopkins
United States District Judge