# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **GUADALUPE MONTOYA-CEDILLO,** | Case No. 1:26-cv-142 |
| Petitioner, | Judge Jeffery P. Hopkins |
| vs. | Magistrate Judge Caroline H. Gentry |
| **ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | |
| Respondents. | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Guadalupe Montoya-Cedillo, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docs. 1, 3). The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 23, 2026**.

**IT IS SO ORDERED.**

February 13, 2026

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge